# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patrick T. Drudy<br>　　　　　<u>Debtor</u> | CHAPTER 7<br><br>BKY. NO. 19-21469 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Bank of America, N. A. and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/James C. Warmbrodt, Esquire**
                      James C. Warmbrodt, Esquire
                      Attorney I.D. No. 42524
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      412-430-3594
                      jwarmbrodt@kmllawgroup.com