## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: Patrick T. Drudy<br><br>              Debtor(s) | |
| Bank of America, N.A.<br>              Movant<br>      v.<br>Patrick T. Drudy<br>             Respondent(s)<br>      and<br>Jeffrey J. Sikirica, Trustee<br>             Additional Respondent | BK. NO. 19-21469 CMB<br><br>CHAPTER 7<br><br>Related to: Document No. 15<br><br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 6th day of August, 2019, at Pittsburgh, upon Motion of Bank of America, N.A., it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to permit Bank of America, N.A., in title to take possession and sell, lease, and otherwise dispose of the N 2017 JEEP RENEGADE, ("Vehicle"), bearing a VIN Number ZACCJBBB7HPF30072.

_Carlota M. Böhm_
glb

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/6/19 8:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Patrick T. Drudy
1242 McNeilly Avenue
Pittsburgh, PA 15216

Charles J. Grudowski
Grudowski Law Associates, P.C.
3925 Reed Boulevard, Suite 100C
Murrysville, PA 15668
cjg@grudowskilaw.com

Jeffrey J. Sikirica
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044
trusteesikirica@zoominternet.net


US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-21469-CMB
Patrick T. Drudy                                                                Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Aug 06, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
db             +Patrick T. Drudy,     1242 McNeilly Avenue,    Pittsburgh, PA 15216-3404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                              Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2019 at the address(es) listed below:
              Charles J. Grudowski    on behalf of Debtor Patrick T. Drudy cjg@grudowskilaw.com,
               grudowskilawl@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com;lm@grudowskilaw.com;admin@grud
               owskilaw.com
              James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,   PA59@ecfcbis.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca  Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
                                                                                       TOTAL: 6