**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Patrick T. Drudy** | Social Security number or ITIN  **xxx–xx–0115** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19–21469–CMB**

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patrick T. Drudy

8/21/19                                                                  **By the court:**   Carlota M. Bohm
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 19-21469-CMB
Patrick T. Drudy                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                  Page 1 of 2                  Date Rcvd: Aug 21, 2019
                              Form ID: 318                 Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
db            +Patrick T. Drudy,    1242 McNeilly Avenue,     Pittsburgh, PA 15216-3404
15031079      +CF Medical LLC,    3705 South Hwy 27,     Suite 203,    Clermont, FL 34711-7950
15031082      +FBCS, Inc.,    330 S. Warminster Rd.,     Suite 353,    Hatboro, PA 19040-3433
15031086      +MRS Associates,    1930 Olney Avenue,     Cherry Hill, NJ 08003-2016
15031083      +Mary Ann Drudy,    558 Rolling Green Drive,     Bethel Park, PA 15102-3708
15031084      +Monarch Recovery Management, Inc.,     3260 Tillman Drive,    Suite 75,    Bensalem, PA 19020-2059
15031085       Mr. Cooper,    P.O. Box 650783,    Dallas, TX 75265-0783
15031088       Professional Account Management,     PO Box 640,    Carmichaels, PA 15320-0640
15031089      +Progressive Insurance,    6300 Wilson Mills Road,     Mayfield Village, OH 44143-2182
15031090      +State Collection Service Inc.,    2509 S. Stoughton Rd.,     Madison, WI 53716-3314
15031092      +Transworld Systems Inc.,    300 Cedar Ridge Dr.,     Suite 307,    Pittsburgh, PA 15205-1159
15031093       UPMC Behavioral Health Care,    11279 Perry Highway,     Suite 450,    Wexford, PA 15090-9303
15031095      +UPMC Presbyterian Shadyside,    PO Box 382059,     Pittsburgh, PA 15250-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2019 03:01:36      Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA   17128-0946
cr            +E-mail/Text: kburkley@bernsteinlaw.com Aug 22 2019 03:02:38      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
cr            +EDI: PRA.COM Aug 22 2019 07:23:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
15031077       EDI: BANKAMER.COM Aug 22 2019 07:24:00      Bank of America,    P.O. Box 45224,
              Jacksonville, FL 32232-5224
15031078      +E-mail/Text: bankruptcy@cavps.com Aug 22 2019 03:02:18      Cavalry Portfolio Svcs,
              500 Summit Lake Dr,    Ste. 4A,    Valhalla, NY 10595-2323
15031080      +EDI: CHASE.COM Aug 22 2019 07:24:00      Chase,    PO Box 15153,    Wilmington, DE 19886-5153
15031081       EDI: IRS.COM Aug 22 2019 07:24:00      Department of the Treasury,    Internal Revenue Service,
              Cincinnati, OH 45999-0010
15031087       EDI: PRA.COM Aug 22 2019 07:23:00      Portfolio Recovery Associates, LLC,    P.O. Box 12914,
              Norfolk, VA 23541
15031091       EDI: RMSC.COM Aug 22 2019 18:43:00      Synchrony Bank,     P.O. Box 105972,
              Atlanta, GA 30348-5972
15031701      +EDI: RMSC.COM Aug 22 2019 18:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
15031094      +E-mail/Text: BankruptcyNotice@upmc.edu Aug 22 2019 03:02:32      UPMC Physician Services,
              200 Lothrop St.,    Pittsburgh, PA 15213-2536
15031096       E-mail/Text: BKRMailOps@weltman.com Aug 22 2019 03:02:09      Weltman, Weinberg & Reis Co., LPA,
              323 W. Lakeside Avenue,    Ste. 200,    Cleveland, OH 44113-1009
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
              Charles J. Grudowski    on behalf of Debtor Patrick T. Drudy cjg@grudowskilaw.com,
               grudowskilaw1@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com;lm@grudowskilaw.com;admin@grud
               owskilaw.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: admin              Page 2 of 2            Date Rcvd: Aug 21, 2019
                              Form ID: 318             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebecca  Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
                                                                                         TOTAL: 6